No. 810. BOEHM *v.* UNITED STATES. February 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. John S. Leahy* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 813. SKIDMORE *v.* UNITED STATES. February 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Wm. Scott Stewart* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch, Gordon B. Tweedy, Earl C. Crouter, Robert L. Stern, J. Albert Woll,* and *Paul M. Plunkett* for the United States.

